VIRGINIA:

IN THE CIRCUIT COURT FOR STAFFORD COUNTY

SEAN BRENNEN CLOHERTY,

Plaintiff,

v.

Case No.: CL 23-1588

MATTHEW D. SCHUSTER
SERVE:
Secretary of the Commonwealth
809 Winters Avenue
Hazel Township, PA 18202

AND

J.B. HUNT TRANSPORT, INC.,
SERVE:
Corporation Service Company, RA
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Defendants.

FILED
2023 APR 21 P 1: 04

## COMPLAINT

TO THE HONORABLE JUDGES OF THE AFORESAID COURT:

Comes now the Plaintiff, Sean Brennen Cloherty, by counsel, and demands judgment against the Defendants, jointly and severally, in the sum of ONE MILLION DOLLARS ($1,000,000.00) in compensatory damages and his costs and prejudgment interest, on account of the following:

1. On or about Friday, April 23, 2021, at approximately 2:16 p.m., Plaintiff was the driver of a 2010 Acura TSX automobile traveling in a northerly direction on Interstate

95, in Stafford County, Virginia, north of its intersection with State Route 610, Garrisonville Road.

2. At that same time and place, the Defendant Matthew D. Schuster ("Defendant Schuster")., was operating a 2018 Freightliner Cascadia Tractor 126 in a northerly direction on Interstate 95, in Stafford County, Virginia, north of its intersection with State Route 610, Garrisonville Road, in Stafford County, Virginia, and behind the Plaintiff.

3. At all times material hereto, Defendant Schuster was the agent, servant, and/or employee of Defendant J.B. Hunt Transport, Inc., ("Defendant J.B. Hunt") and acting within the scope of his agency, employment, and/or authority.

4. At that time and place, it was the duty of Defendant Schuster to operate his vehicle free from negligence and with due regard for the safety of others using the roadway.

5. Notwithstanding said duties, Defendant Schuster did so carelessly, negligently, and recklessly operate his vehicle such that it was caused to collide with the rear Plaintiff's vehicle, causing Plaintiff then to collide with great force and violence into the vehicle in front.

6. As a direct and proximate result thereof, the Plaintiff was caused to suffer severe and permanent injuries to his head, neck, back, and other areas of his anatomy; has suffered and will suffer in the future great pain of body and mind; has been forced to incur and will in the future incur doctor, hospital, physical therapy, and other related medical expenses in an effort to be cured of said injuries; has been prevented from

transacting his business and lost time from his employment; and has suffered great inconvenience.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, in the sum of ONE MILLION Dollars ($1,000,000.00) in compensatory damages and his costs in this behalf expended and prejudgment interest at the rate prescribed by law.

TRIAL BY JURY IS DEMANDED.

SEAN BRENNEN CLOHERTY
By Counsel

Mark M. Esposito, Esq. (VSB #23920)
Thomas J. Schilling, Esq. (VSB#23600)
SCHILLING & ESPOSITO, PLLC
7840 Forest Hill Avenue
Suite B
Richmond, VA 23225
T: (804) 320-0950
F: (804) 320-3755
E: mesposito@schillingandesposito.com
*Counsel for Plaintiff*